For prior opinion see Trinkler v. State, 49 Ala.App. 753, 272 So.2d 282.

302 So.2d 125

**James M. TRINKLER, alias**

v.

**STATE.**

**3 Div. 124.**

Court of Criminal Appeals of Alabama.

Oct. 1, 1974.

Ferris S. Ritchey, Jr., Birmingham, Robert Eugene Smith, Towson, Md., D. Freeman Hutton, Atlanta, Ga., for appellant.

William J. Baxley, Atty. Gen., and John A. Yung IV, Asst. Atty. Gen., for the State.

CATES, Presiding Judge.

This Court now remands this cause to the Circuit Court of Montgomery County for proceedings consistent with Trinkler v. Alabama, —— U.S. ——, 94 S.Ct. 3207, 41 L.Ed.2d 1160 (1974). See Hamling v. United States, 418 U.S. 87, 94 S.Ct. 2887, 41 L.Ed.2d 590; Jenkins v. Georgia, 418 U.S. 153, 94 S.Ct. 2750, 41 L.Ed.2d 640 and (for local procedure) Coleman v. State, 46 Ala. App. 737, 239 So.2d 223.

Remanded with directions.

All the Judges concur.